UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                - v. -<br><br>JOSE NUNEZ,<br>                    Defendant. | 97-cr-00374-JLR<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Defendant Jose Nunez was presented and arraigned on September 18, 2025 for violations of the terms of his probation. He denied the violations and the parties shall appear for a revocation hearing on **October 8, 2026 at 2:00 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Defendant Jose Nunez's application for bail is denied for the reasons stated on the record on September 18, 2025 and detention shall be continued. It is recommended that he continue to be detained at the facility at Essex County Department of Corrections where he has previously been detained.

Dated: September 18, 2025
       New York, New York

                                              SO ORDERED.

                                              JENNIFER L. ROCHON
                                              United States District Judge