UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     -against-<br><br>JOSE NUNEZ,<br><br>                      Defendant. | Case No. 1:97-cr-00374 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      For the reasons stated on the record today, the Defendant's name in the caption of the above-referenced case shall be changed to read "RAMON FELIPE VALERIO-GONZALEZ a/k/a JOSE NUNEZ a/k/a LUIS ANTONIO RODRIGUEZ."

Dated: November 5, 2025
       New York, New York

                                                  SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge