UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>RAMON FELIPE VALERIO-GONZALEZ a/k/a JOSE NUNEZ a/k/a LUIS ANTONIO RODRIGUEZ,<br><br>      Defendant. | 97-cr-00374-JLR<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  It is hereby ORDERED that the defendant in the above captioned case, USM Number 39614-054, has been sentenced to a term of imprisonment of "Time Served," and therefore is to be released subject to any detainers.

Dated: November 5, 2025
    New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge